UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-CV-02441 NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LUIS LOPEZ aka<br>LUIS A. LOPEZ, | |
| Defendant.<br>_____/ | |

I, the undersigned, hereby certify that on May 28, 2013, I SERVED true and correct copies of documents number 23 and 24, by placing said copies in a postage paid envelope addressed to the person listed below and depositing said envelope in the U.S. Mail.

Luis Lopez
7208 Via Bella
San Jose, CA 9513

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas